# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GREGORY GENE MALLORY, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DIRECTOR, TDCJ-CID, § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:19-CV-00573-RWS |

## ORDER

*Pro se* Petitioner Gregory Gene Mallory, an inmate confined in the Texas prison system, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was referred to United States Magistrate Judge Christine A. Nowak for findings of fact, conclusions of law and recommendations for the disposition of the case pursuant to 28 U.S.C. § 636. The Magistrate Judge recommends dismissing the above-captioned matter with prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Docket No. 20. Petitioner acknowledged receipt of the Report on May 17, 2021. Docket No. 21. No objections to the Report have been filed. Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge.

Nonetheless, the Court has reviewed the pleadings in this case and the Report of the Magistrate Judge. Upon such review, the Court agrees with the Report of the Magistrate Judge. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989)

(where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). The Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that the above-styled petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 29th day of June, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE